AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of ) | Case: 1:13-mj-0734 |
| *(Briefly describe the property to be searched* ) | Assigned To : Magistrate Judge John M. Facciola |
| *or identify the person by name and address)* ) | Assign. Date : 9/25/2013 |
| COMPUTER SERVERS AND RECORDS ) | Description: Search and Seizure Warrant |
| OF MICROSOFT CORPORATION FOR INFORMATION ) | |
| ASSOCIATED WITH EMAIL ACCOUNT ) | |
| FAIS_PERVAIZ24@HOTMAIL.COM ) | |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*
COMPUTER SERVERS AND RECORDS OF MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH EMAIL ACCOUNT FAIS_PERVAIZ24@HOTMAIL.COM.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Please see Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____October 10, 2013_____
                                                                                               *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____[signature]_____.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                                                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  SEP 25 2013                   _____[signature]_____
                                                                                               *Judge's signature*

City and state: Washington, D.C.          John M. Facciola, United States Magistrate Judge
                                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:13-mj-0734 | Date and time warrant executed: 9/25/13 @ 13:14 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : SA Sean Downey | | |
| Inventory of the property taken and name of any person(s) seized: 1 Compact disc with email content for fais-pervaiz224@hotmail.com | | |

**FILED**

OCT 31 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/2013

_____
Executing officer's signature

Brycen Brunner
Printed name and title

## **ATTACHMENT A**

PLACE TO BE SEARCHED

The place to be searched is computer servers and records which are maintained, controlled, or operated by Microsoft Corporation, headquartered at One Microsoft Way, Redmond, WA.

## ATTACHMENT B

### ITEMS TO BE SEIZED

I. **Information to be Disclosed by Microsoft Corporation and Procedures to be Followed**

    A.    Pursuant to 18 U.S.C. § 2703, Microsoft Corporation ("Microsoft"), a provider of electronic communication and remote computing services, located at One Microsoft Way, Redmond, WA, is hereby ordered to disclose to the government, the following information associated with the email account, **fais_pervaiz24@hotmail.com** (hereinafter "Target Account"):

    1.    The contents of all electronic mail, including but not limited to: sent email, received email, opened email, unopened email, deleted email, and draft email, including all headers and footers, if available, and all attachments, including videos, computer files, and files sent to and received from other websites, stored and presently contained in, or on behalf of, the Target Account.

    2.    All records or other information regarding the identification of the Target Account, to include: full name; physical address; telephone numbers and other identifiers; records of session times and durations; method of connection to the ISP or to services provided by the ISP; any address used in connection with the account; the date on which the account was created; the length of service; the types of service utilized; the IP address used to register the account; log-in IP addresses associated with session times and dates; account status; alternative email addresses; methods of connecting; log files; and means and sources of payment (including any credit or bank account number).

    3.    All records or other information stored by an individual using the Target Account, including address books, friends, contacts and buddy lists, calendar data, pictures, group affiliations, message board usage, personal web space, and other files.

    4.    All records pertaining to communications between Microsoft and any person regarding the Target Account, including contacts with support services and records of actions taken;

    5.    All records indicating the services used by subscribers of the Target Account, including but not limited to instant messaging services, geolocation services, alerts, and advertising services; and

      6.     Any search queries or cookies accumulated as a result of any Microsoft service.

      B.     Microsoft shall deliver the information set forth above within fifteen (15) days after service of this warrant and Microsoft shall send the information via facsimile and United States mail, and where maintained in electronic form, on CD-ROM or an equivalent electronic medium, to:

Special Agent Robert S. Pinches

      C.     Microsoft shall not notify any other person, including the subscriber of the Target Account, of the existence of the warrant.

      D.     Pursuant to 18 U.S.C. § 2703(g), the presence of an agent is not required for service or execution of this warrant.

## II. Information to be Seized by Law Enforcement Personnel

Items to be seized, which are believed to be evidence and fruits of violations of the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. § 1705, and the Iranian Transactions and Sanctions Regulations ("ITSR"), 31 C.F.R, §§ 560.203 and 560.201, and an ongoing criminal conspiracy to commit these offenses:

      1.     Records and information related to violations of the aforementioned statutes and regulations;

      2.     Records and information related to any purchases and sales of suspected export controlled items or United States origin goods on other websites, or directly between parties;

      3.     Records and information related to any plans to purchase or sell suspected export controlled items;

      4.     Records and information related to any transactions or other payment website of suspected export controlled items or United States defense articles;

      5.     Records and information related to any shipping, delivery or customs declaration of suspected export controlled items or United States defense articles;

6. Records and information related to actual or potential buyers and sellers of export controlled items or United States defense articles, including biographical information, addresses, email addresses, user names, social security numbers, or other pertinent identifying information;

7. Records and information related to the known associates of Muhammad Faisal Pervaiz, Mahdi Keivan Bahari, Mahsa Keivan Bahari, or any others associated with the Target Account, including biographical information, addresses, email addresses, user names, social security numbers, or other pertinent identifying information;

8. Records and information related to the use or planned use of suspected export controlled items or United States defense articles;

9. Records and information related to Muhammad Faisal Pervaiz, Mahdi Keivan Bahari, Mahsa Keivan Bahari, or their associates' schedule of travel or travel documents;

10. Records and information related to any bank records, checks, credit card bills, account information, and other financial records.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:13-MJ-0734 | Date and time warrant executed:<br>9/25/13 @ 1:14pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of: SA Sean Downey | | |
| Inventory of the property taken and name of any person(s) seized:<br>1 compact disc with email content for fais_pervaiz24@hotmail.com | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/17/2013

_____
Executing officer's signature

SA Rob Parkers
Printed name and title